### F. C. BRINSON ET AL. v. S. McCOTTER AND WIFE.

(Filed 16 March, 1921.)

**Appeal and Error—Parties—Case Remanded.**

> A case on appeal will be remanded to make additional parties, when they appear from the agreed case to be necessary for a proper determination of the controversy.

APPEAL by defendant from *Bond, J.,* from PAMLICO, 30 December, 1920.

· *Small, MacLean, Bragaw & Rodman for plaintiffs.*
*Z. V. Rawls for defendant.*

PER CURIAM. This is an action to settle the title to a tract of land, submitted upon an agreed statement of facts, and it appearing that there cannot be a complete determination of the rights of the parties in the absence of the heirs of Ellis H. Pickles, it is ordered that the cause be remanded to the Superior Court in order that the said heirs be made parties to this action with the right to plead, or if so advised, they may make themselves parties in this Court and adopt the agreed statement of facts.